IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **JIBARO'S INCORPORATED,** | ) | No. 13 B 20924 |
| | ) | |
| Debtor(s). | ) | Judge Janet Baer |

## FINAL REPORT OF DEBTOR IN POSSESSION

## UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE

Bank account balance

Chase DIP Bank account balance: $2532.00

### Addresses of Creditors

**Comed**

2 Lincoln Center

Oakbrook Terrace, IL 60181

AMOUNT DUE: $3708.06

**Peoples Gas**

130 E Randolph St

Chicago IL 60601

AMOUNT DUE: $4239.02

**City of Chicago**

333 S State Street

Chicago IL 60604

AMOUNT DUE: $3811.36

**Comcast**

PO Box 3005

Southeastern PA 19398-3005

AMOUNT DUE: $1449.68

**Jibaro's 2 LLC**

2500 W Chicago Ave

Chicago IL 60622

$12000.00 loan – given to Jibaro's on 7.11 $6000; 7.15 $6000;

**Rewards Network**

2 N Riverside Plaza

Ste 200

Chicago IL 60606

Unpaid Employees

Carian Alvarado-860 N. Sacramento Blvd. 1st flr Chicago, IL 60622 (630.00)

Miriam Lima 911 N. Sacramento Blvd. 3W Chicago IL 60622 (1787.00)

Eliana Lorenzi 1032 N. Hamlin St. Chicago IL 60651 (828.00)

Christie Lopez 2027 N. Bingham St. Chicago IL 60647 (2295.00)

Alex Rivera 1032 N. Hamlin St. Chicago IL 60651 (800.00)

Cesar Garcia 1722 N Central Park Ave. Chicago IL 60647 (1414.00)

Juan Carlos Ramos 6824 W. Foster Ave Chicago IL 60647 (528.00)

Jose C Garcia Trejo 1722 N Central Park Ave. Chicago IL 60647 (800.00)

Juan C Juarez Vazquez 1836 N. Washtenaw St. Chicago IL 60647 (1414.00)

Oscar Juarez 1836 N. Washtenaw St. Chicago IL 60647 (528.00)

Killian Fonseca 2310 N. Keeler Ave. Chicago IL 60639 (800.00)

Edelmira Cervantes 1836 N. Washtenaw St. Chicago IL 60647 (480.00)

Bacilia S. Fuentes 2852 W. Diversey Ave. Chicago IL 60647 (540.00)

Maria D. Garcia Perez 4438 S. Maplewood Ave. Chicago Il 60632 (257.40)

Angelica Figueroa 1720 N California Ave 2nd flr Chicago IL 60647 (247.50)

Eddie Santana Jr. (236.00)

Miguel Hernandez 1722 N Central Park Ave. Chicago IL 60647 (540.00)

Juan F Figueroa 1720 N California. Ave 2nd flr Chicago IL 60647 (2000.00)

Jaime Figueroa Sr 2855 N Moody Ave Chicago IL 60634 (2000.00)

Felix O Rosa Jr 1023 N Avers Ave Chicago IL 60651 (2000.00)


**Representative's Information**

/s/ Mansoor Ansari

Mansoor Ansari J.D., LL.M. (TAX)

500 N Michigan Ave.

Ste 600

Chicago, IL 60611

Phone: 312-265-5626