IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Jibaro's INC,** | ) | No. 13 B 20924 |
| | ) | |
| Debtor(s). | ) | Judge J. Baer |

### AMENDED NOTICE OF FILING

To:  See attached Service List

    Please take notice that the Final Debtor In Possession report has been filed with Attorney Joseph Baldi.

            MANSOOR H. ANSARI
            Attorney ID 6295701
            ANSARI TAX LAW FIRM
            500 N. Michigan Ave., Suite 600
            Chicago, IL 60611
            312.265.5626

            ERICA CROHN MINCHELLA
            Attorney ID 6180610
            MINCHELLA & ASSOCIATES,, LTD.
            7538 St. Louis
            Skokie, IL 60076
            847.677.6772

### CERTIFICATE OF SERVICE

I, Mansoor Ansari, an attorney, certify that I served a copy of the foregoing Notice and attached Motion on the parties listed on the attached Service List by CM/ECF or regular mail deposited in the U.S. Postal Box at 500 N. Michigan Ave., Chicago, IL before 4:00 p.m. this 11th day of December, 2013.

            /s/Mansoor Ansari

## SERVICE LIST

**Comed**
2 Lincoln Center
Oakbrook Terrace, IL 60181
AMOUNT DUE: $3708.06

**Peoples Gas**
130 E Randolph St
Chicago IL 60601
AMOUNT DUE: $4239.02

**City of Chicago**
333 S State Street
Chicago IL 60604
AMOUNT DUE: $3811.36

**Comcast**
PO Box 3005
Southeastern PA 19398-3005
AMOUNT DUE: $1449.68

**Jibaro's 2 LLC**
2500 W Chicago Ave
Chicago IL 60622
$12000.00 loan – given to Jibaro's on 7.11 $6000; 7.15 $6000;

**Rewards Network**
2 N Riverside Plaza
Ste 200
Chicago IL 60606

### Unpaid Employees

Carian Alvarado-860 N. Sacramento Blvd. 1st flr Chicago, IL 60622 (630.00)
Miriam Lima 911 N. Sacramento Blvd. 3W Chicago IL 60622 (1787.00)
Eliana Lorenzi 1032 N. Hamlin St. Chicago IL 60651 (828.00)
Christie Lopez 2027 N. Bingham St. Chicago IL 60647 (2295.00)
Alex Rivera 1032 N. Hamlin St. Chicago IL 60651 (800.00)
Cesar Garcia 1722 N Central Park Ave. Chicago IL 60647 (1414.00)
Juan Carlos Ramos 6824 W. Foster Ave Chicago IL 60647 (528.00)
Jose C Garcia Trejo 1722 N Central Park Ave. Chicago IL 60647 (800.00)
Juan C Juarez Vazquez 1836 N. Washtenaw St. Chicago IL 60647 (1414.00)
Oscar Juarez 1836 N. Washtenaw St. Chicago IL 60647 (528.00)
Killian Fonseca 2310 N. Keeler Ave. Chicago IL 60639 (800.00)
Edelmira Cervantes 1836 N. Washtenaw St. Chicago IL 60647 (480.00)
Bacilia S. Fuentes 2852 W. Diversey Ave. Chicago IL 60647 (540.00)
Maria D. Garcia Perez 4438 S. Maplewood Ave. Chicago Il 60632 (257.40)
Angelica Figueroa 1720 N California Ave 2nd flr Chicago IL 60647 (247.50)
Eddie Santana Jr. (236.00)

Miguel Hernandez 1722 N Central Park Ave. Chicago IL 60647 (540.00)
Juan F Figueroa 1720 N California. Ave 2nd flr Chicago IL 60647 (2000.00)
Jaime Figueroa Sr 2855 N Moody Ave Chicago IL 60634 (2000.00)
Felix O Rosa Jr 1023 N Avers Ave Chicago IL 60651 (2000.00)