IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN   DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **JIBARO'S INCORPORATED,** | ) | No. 13 B 20924 |
| | ) | |
| Debtor. | ) | Judge Janet Baer |

APPLICATION FOR FIRST AND FINAL COMPENSATION
FOR COUNSEL FOR DEBTORS

Now comes Erica Crohn Minchella, co-counsel for the Debtor in this proceeding, as and for her first and final request for compensation in these proceedings states as follows:

SUMMARY

This case was filed in the face of a potential shut down of the business for non-payment of Illinois Sales Tax.   Counsel was retained to act as co-counsel to Mansoor Ansari who has significant legal experience in Illinois tax law and general bankruptcy, but who had not had a confirmed chapter 11 Plan.    Counsel has practiced for 32 years in Illinois with more than half of that time being concentrated in bankruptcy practice, including representation of individuals and small businesses in chapter 11 proceedings. Counsel directed Mr. Ansari with regards to obtaining a budget from the Debtor that it could live with and assure payments to the Illinois Department of Revenue and Department of Treasury. Upon working out the budget, counsel directed Mr. Ansari to obtain Agreed Orders with counsel for the Illinois Department of Revenue. Counsel negotiated with the attorney for the Treasury Department herself, and attempted to address problems that were brought to her attention regarding obligations of the Debtor that would prohibit the Treasury Department from agreeing to Use of Cash Collateral.   Counsel also did research to determine the amount, extent and date of liens from these two creditors, negotiated with counsel for the

Treasury Department and gave lead counsel direction on the handling of the chapter 11. There was no duplication of effort. Where the attorneys spoke with each other to address or resolve an issue, only one of the attorneys billed their time

As the case wore on, Counsel advised Mr. Ansari as to what he needed to be doing to obtain cooperation from the Debtor as to his obligations under chapter 11 as the Debtor had not only failed to comply with the Cash Collateral Order, but had fallen further behind in payment of Sales Tax during the pendency of the chapter 11.

When the use of Cash Collateral was prohibited, the office of the United States Trustee brought a motion to convert or dismiss this proceeding and the case was converted to one under chapter 11.

## Description of the Applicant's Principal Activities

1. Counsel for the Debtors engaged in four separate types of activities in the management of this proceeding:

    a. General representation – advising lead counsel on the preparation and amendment of schedules, 341 hearing, budgeting issues, conference with lead counsel and client regarding budgeting and payment for use of cash collateral (1.8 hours, $630.00)

    b. Initial Motions – draft motion to be retained, redraft retainer agreement to comply with court requirements, review documentation with lead counsel to have consistent information between counsel. (2.7 hours, $810.00)

    c. Cash Collateral Order – Drafting and revising Motions for use of Cash Collateral, review with lead counsel and counsel for Treasury Department, attend court for hearing on use of cash collateral. (4.10 hours, $1005.00).

2. In addition to the time and costs for general representation, issues with Wells Fargo and drafting and obtaining confirmation, Counsel is seeking 4 hours of

compensation ($975.00) for preparation and presentation of this Application, travel time ($225) and expenses – printing motion, postage and parking ($88.80).

3. This is the first and only application for compensation presented by Counsel for the Debtors.

4. Erica Crohn Minchella performed all of the work related to this application. Since the drafting was done on her computer, it was easiest to convert it to a pdf and file it in the ECF system without use of a paralegal.

   Erica Crohn Minchella is billed at $300/hr for work and $150/hr for travel time

   Work time totaled 5.6 hours at $300/hr $1,680.

   Travel time totaled 3/hrs at $150/hr $450.00

5. Counsel is seeking $178.90 in expenses, broken down as follows:

   a. Parking in downtown Chicago $30.00

   b. 180 Copies at .25/page $45

   c. Postage $13.80

   d. Research from Recorder's website – 30 pages at $3 per page $90.00.

6. Counsel is seeking to have her fees and costs allowed and paid from the retainer she received of $2,500. If funds are generated from the liquidation of the debtor and the Court sees fit to award fees and costs in excess of the $2,500 retainer, Counsel would seek compensation from the estate of the Debtor.

7. Counsel's time and expenses are detailed in the attached Exhibits A and B which show all time and expense records (other than those sought for bringing this motion) and broken down by task and expenses.

   WHEREFORE, Erica Crohn Minchella, counsel for the Debtors prays for the entry of an Order as follows:

A. Allowing and authorizing application of the retainer paid in the amount of $2,500.

B. Allowing and Authorizing payment of $2,130 for work done in connection with the filing, consulting, drafting in this proceeding;

C. Allowing and authorizing payment to Erica Crohn Minchella of $178.80 in costs incurred in the representation of Debtors during these proceedings.

D. Allowing fees in the amount to Erica Crohn Minchella of $975 for drafting and bringing this motion and costs in the amount of $225.00

E. For such further relief as the Court deems fair and equitable.

Respectfully submitted,
MINCHELLA & ASSOCIATES, LTD.


/s/   Erica Crohn Minchella


Erica Crohn Minchella
Attorney No. 610618
Whitney Barry
MINCHELLA & ASSOCIATES, LTD.
7538 St Louis Ave.
Skokie, IL 60076
847 677 6772

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 11 |
| | ) | |
| JIBARO'S INCORPORATED | ) | No.  13 B  29784 |
| | ) | |
| Debtor | ) | Judge Janet Baer |

NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on February 12, 2014, at the hour of 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Janet   Baer, Bankruptcy Judge, in Courtroom No. 615, or before such other Judge as may be sitting in her place and stead, U. S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Application for fees**, at which time and place you may appear, if you so see fit.

/s/ ERICA CROHN MINCHELLAL
ERICA CROHN MINCHELLA
7538 St. Louis Ave
Skokie, IL 60076
847.677.6772

STATE OF ILLINOIS )
                  ) SS
COUNTY OF COOK )


ERICA CROHN MINCHELLA, duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached thereto directed to the persons shown above, via the electronic filing system established by the United States Bankruptcy Court, this 1st day of February, 2014.

/s/ ERICA CROHN MINCHELLA

**MINCHELLA & ASSOCIATES, LTD.**
7538 St. Louis Ave.
Skokie, IL 60076
847 677 6772

November 03, 2013
Invoice Number: 1383

Jibaro's Incorporated

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | **$0.00** |
| 6/14/2013 | Review<br>Review Bankruptcy schedules | 0.30 | $300.00 | $0.00 | $90.00 |
| 6/15/2013 | Draft<br>Draft Motion to retain counsel for Mansoor H. Ansari and Erica Crohn Minchella.  Draft Affidavit of disinterestedness for ECM, begin drafting Motion for use of cash collateral, review schedules to determine which creditors might be secured.  Email to Mansoor to determine status of creditors | 1.00 | $300.00 | $0.00 | $300.00 |
| 6/16/2013 | CCRD Download<br>Pull all tax liens from CCRD website | | 30 @ $3.00 | $0.00 | $90.00 |
| 6/16/2013 | Analyze<br>Analyze tax lien information and email Mansoor about implications of information contained on liens, what information will be needed for interview with UST's office on 6/19, what concerns debtor should have about how to move forward, cash collateral issues. | 0.50 | $300.00 | $0.00 | $150.00 |
| 6/16/2013 | Review<br>Review schedules with Mansoor Ansari, check state court proceedings and CCRD to determine what cases and liens exist.  Check SOS website to assure that corporation is in good standing.  Discuss possibility of reorganization.  Prepare instructions for client for budget, and possibility of reorganizing.  Set appointment to discuss ability to reorganize for client | 0.70 | $300.00 | $0.00 | $210.00 |
| 6/17/2013 | t/c w /client<br>T/c w/ client and Mansoor about requirements under chapter 11, budget, ability to reorganize | 0.30 | $300.00 | $0.00 | $90.00 |
| 6/17/2013 | Revise<br>Revise motion to retain attorneys to include additional information regarding why two attorneys are needed for case | 0.20 | $300.00 | $0.00 | $60.00 |
| 6/24/2013 | t/c w/ Attorney<br>T/c with attorney for IDR regarding use of cash collateral | 0.20 | $300.00 | $0.00 | $60.00 |
| 6/25/2013 | t/c w/ Attorney<br>T/c with attorney for IRS re use of cash collateral.  Requested that I file an appearance before further discussions | 0.20 | $300.00 | $0.00 | $60.00 |
| 6/26/2013 | Conference call<br>t/c w/Mansoor and attorney for IRS regarding errors in schedules and information given to IRS.  Conversation with Mansoor about corrected schedules | 0.20 | $300.00 | $0.00 | $60.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 6/30/2013 | Draft<br>Draft motion and Order for use of cash collateral | 1.00 | $300.00 | $0.00 | $300.00 |
| 6/30/2013 | Draft<br>Finalize motion to retain counsel, draft affidavit for Mansoor.  Email with instructions and dates | 1.00 | $300.00 | $0.00 | $300.00 |
| 7/9/2013 | Parking | | | $0.00 | $30.00 |
| 7/9/2013 | ATtend Court<br>Attend court on hearing on motion for use of cash collateral and motion for retention of counsel. Cash Collateral put over to 7/16.  Motion to retain DOF for revised Retention Agreement | 0.50 | $300.00 | $0.00 | $150.00 |
| 7/9/2013 | Revise<br>Revise Motion, draft Notice of Motion, send to Mansoor for proofing and service | 0.50 | $300.00 | $0.00 | $150.00 |
| 7/9/2013 | Travel time<br>Travel time to and from Skokie for hearing on Motion for use of Cash Collateral and Motion to retain counsel | 1.50 | $150.00 | $0.00 | $225.00 |
| 7/9/2013 | Revise<br>Revise retainer agreement and Order and forward to Mansoor with instructions to duplicate for himself | 0.50 | $300.00 | $0.00 | $150.00 |
| 11/3/2013 | Costs for Application<br>Postage | | 15 @ $0.92 | $0.00 | $13.80 |
| 11/3/2013 | Copies<br>Copies of motion | | 180 @ $0.25 | $0.00 | $45.00 |
| 11/3/2013 | Draft<br>Draft Application for Compensation | 2.00 | $300.00 | $0.00 | $600.00 |
| 11/20/2013 | Attend court<br>Attend court hearing on Application for Compensation | 0.50 | $300.00 | $0.00 | $150.00 |
| 11/20/2013 | Parking<br>Parking cost to present motion | | | $0.00 | $30.00 |
| 11/20/2013 | Travel time<br>Travel time to attend court for hearing on application for compensation | 1.50 | $150.00 | $0.00 | $225.00 |
| | **Amount Due** | **12.60** | | | **$3,538.80** |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances

**MINCHELLA & ASSOCIATES, LTD.**
**7538 St. Louis Ave.**
**Skokie, IL 60076**
**847 677 6772**

November 17, 2013
Invoice Number: 1391

Jibaro's Incorporated

Matter: [Chapter 11 basic information]

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | $0.00 |
| 6/14/2013 | Review<br>Review Bankruptcy schedules | 0.30 | $300.00 | $0.00 | $90.00 |
| 6/16/2013 | CCRD Download<br>Pull all tax liens from CCRD website | | 30 @ $3.00 | $0.00 | $90.00 |
| 6/16/2013 | Analyze<br>Analyze tax lien information and email Mansoor about implications of information contained on liens, what information will be needed for interview with UST's office on 6/19, what concerns debtor should have about how to move forward, cash collateral issues. | 0.50 | $300.00 | $0.00 | $150.00 |
| 6/16/2013 | Review<br>Review schedules with Mansoor Ansari, check state court proceedings and CCRD to determine what cases and liens exist. Check SOS website to assure that corporation is in good standing. Discuss possibility of reorganization. Prepare instructions for client for budget, and possibility of reorganizing. Set appointment to discuss ability to reorganize for client | 0.70 | $300.00 | $0.00 | $210.00 |
| 6/17/2013 | t/c w /client<br>T/c w/ client and Mansoor about requirements under chapter 11, budget, ability to reorganize | 0.30 | $300.00 | $0.00 | $90.00 |
| | **Amount Due** | **1.80** | | | **$630.00** |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances

**MINCHELLA & ASSOCIATES, LTD.**
**7538 St. Louis Ave.**
**Skokie, IL 60076**
**847 677 6772**

November 17, 2013
Invoice Number: 1393

Jibaro's Incorporated

Matter: [Chapter 11 initial motions]

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | $0.00 |
| 6/15/2013 | Draft<br>Draft Motion to retain counsel for Mansoor H. Ansari and Erica Crohn Minchella. Draft Affidavit of disinterestedness for ECM, begin drafting Motion for use of cash collateral, review schedules to determine which creditors might be secured. Email to Mansoor to determine status of creditors | 1.00 | $300.00 | $0.00 | $300.00 |
| 6/17/2013 | Revise<br>Revise motion to retain attorneys to include additional information regarding why two attorneys are needed for case | 0.20 | $300.00 | $0.00 | $60.00 |
| 6/30/2013 | Draft<br>Finalize motion to retain counsel, draft affidavit for Mansoor. Email with instructions and dates | 1.00 | $300.00 | $0.00 | $300.00 |
| 7/9/2013 | Revise<br>Revise retainer agreement and Order and forward to Mansoor with instructions to duplicate for himself | 0.50 | $300.00 | $0.00 | $150.00 |
| | **Amount Due** | **2.70** | | | **$810.00** |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances

**MINCHELLA & ASSOCIATES, LTD.**
**7538 St. Louis Ave.**
**Skokie, IL 60076**
**847 677 6772**

November 17, 2013
Invoice Number: 1392

Jibaro's Incorporated

Matter: [Cash collateral order]

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | $0.00 |
| 6/24/2013 | t/c w/ Attorney<br>T/c with attorney for IDR regarding use of cash collateral | 0.20 | $300.00 | $0.00 | $60.00 |
| 6/25/2013 | t/c w/ Attorney<br>T/c with attorney for IRS re use of cash collateral.  Requested that I file an appearance before further discussions | 0.20 | $300.00 | $0.00 | $60.00 |
| 6/26/2013 | Conference call<br>t/c w/Mansoor and attorney for IRS regarding errors in schedules and information given to IRS.  Conversation with Mansoor about corrected schedules | 0.20 | $300.00 | $0.00 | $60.00 |
| 6/30/2013 | Draft<br>Draft motion and Order for use of cash collateral | 1.00 | $300.00 | $0.00 | $300.00 |
| 7/9/2013 | ATtend Court<br>Attend court on hearing on motion for use of cash collateral and motion for retention of counsel.  Cash Collateral put over to 7/16.  Motion to retain DOF for revised Retention Agreement | 0.50 | $300.00 | $0.00 | $150.00 |
| 7/9/2013 | Revise<br>Revise Motion, draft Notice of Motion, send to Mansoor for proofing and service | 0.50 | $300.00 | $0.00 | $150.00 |
| 7/9/2013 | Travel time<br>Travel time to and from Skokie for hearing on Motion for use of Cash Collateral and Motion to retain counsel | 1.50 | $150.00 | $0.00 | $225.00 |
| | **Amount Due** | **4.10** | | | **$1,005.00** |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances