# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable **Janet S. Baer**

Hearing Date **February 12, 2014**

Bankruptcy Case **13 B 20924**

Adversary No.

Title of Case **Jibaros Incorporated**

Brief Statement of Motion **Final Application for Compensation for Erica Crohn Minchella ( #78 on dkt )**

Names and Addresses of moving counsel

Representing

## ORDER

IT IS HEREBY ORDERED , Final Compensation for Erica Crohn Minchella has been TAKEN UNDER ADVISEMENT. This Court will issue a Ruling without further hearing.

JUDGE JANET S. BAER

UNITED STATE BANKRUPTCY COURT