# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JIBAROS INCORPORATED, | § | Case No. 13-20924 JSB |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 11 of the United States Bankruptcy Code was filed on 05/17/2013 . The case was converted to one under Chapter 7 on 09/24/2013 . The undersigned trustee was appointed on 09/24/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $      8,224.67

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 12.15 |
   | Bank service fees | 241.75 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 7,970.77 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was 02/20/2014 and the deadline for filing governmental claims was 02/20/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,572.47 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,572.47 , for a total compensation of $ 1,572.47 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/19/2015          By:/s/Joseph A. Baldi
                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-20924 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | | Date Filed (f) or Converted (c): | 09/24/13 (c) |
| | | | 341(a) Meeting Date: | 11/14/13 |
| For Period Ending: | 09/19/15 | | Claims Bar Date: | 02/20/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American Eagle Bank account | 3,410.00 | 0.00 | | 0.00 | FA |
| Value $0 as of conversion per DIP final report | | | | | |
| 2. PNC Bank Account | 32.95 | 0.00 | | 0.00 | FA |
| Value $0 as of conversion per DIP final report | | | | | |
| 3. Chase DIP Account | 3,296.00 | 0.00 | | 2,191.57 | FA |
| Value $2,532 as of conversion per DIP final report; Trustee collected balance as of his appointment | | | | | |
| 4. Bar Equipment | 6,000.00 | 0.00 | | 6,000.00 | FA |
| sold per court order | | | | | |
| 5. Food Products | 10,000.00 | 0.00 | | 0.00 | FA |
| perishable iterms; no value | | | | | |
| 6. MISC. REFUNDS (u) | 0.00 | 10.00 | | 33.10 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $22,738.95 | $10.00 | | $8,224.67 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold personal property per court order; Trustee recovered proceeds of Debtor's bank account; Trustee

investigating whether there are any recoverable transfers or remaining unscheduled assets; Trustee examined claims and

attended to tax matters

July 22, 2015, 04:37 pm No further assets to administer, case administratively insolvent. Willl prepare and file TFR to

distribute funds on hand to secured creditor, UST, administrative claims and tax lien claimants. Will file TFR by

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 13-20924    Judge: Janet S. Baer | Trustee Name:    Joseph A. Baldi |
| Case Name: | JIBAROS INCORPORATED, | Date Filed (f) or Converted (c):    09/24/13 (c) |
| | | 341(a) Meeting Date:    11/14/13 |
| | | Claims Bar Date:    02/20/14 |

7/31/2015.

Initial Projected Date of Final Report (TFR): 09/30/15      Current Projected Date of Final Report (TFR): 09/30/15

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-20924 -JSB | | Trustee Name: | Joseph A. Baldi |
| --- | --- | --- | --- | --- |
| Case Name: | JIBAROS INCORPORATED, | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6867 Checking Account |
| Taxpayer ID No: | *******7537 | | | |
| For Period Ending: | 09/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,204.67 | | 8,204.67 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,194.67 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 6.57 | 8,188.10 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.18 | 8,175.92 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.98 | 8,164.94 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.14 | 8,152.80 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.73 | 8,141.07 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,128.97 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.70 | 8,117.27 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,105.20 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.05 | 8,093.15 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.64 | 8,081.51 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,069.50 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.61 | 8,057.89 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,045.91 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.96 | 8,033.95 |
| 02/20/15 | 003002 | ARTHUR B. LEVINE COMPANY | 2015 Bond premium | 2300-000 | | 5.58 | 8,028.37 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.79 | 8,017.58 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.92 | 8,005.66 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,994.14 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.89 | 7,982.25 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.48 | 7,970.77 |

Page Subtotals    8,204.67    233.90

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 18.05

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 13-20924 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6867 Checking Account |
| Taxpayer ID No: | *******7537 | | |
| For Period Ending: | 09/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,204.67 | 233.90 | 7,970.77 |
| | | | Less: Bank Transfers/CD's | | 8,204.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 233.90 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 233.90 | |

Page Subtotals     0.00     0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-20924 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0367 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7537 | | | |
| For Period Ending: | 09/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/13 | 6 | Cash on the Spot LLC<br>P.O. Box 4895<br>Buffalo Grove, IL 60089 | Refund | 1290-000 | 23.10 | | 23.10 |
| 10/09/13 | 6 | Groupon<br>600 W. Chicago Avenue<br>Suite 620<br>Chicago, IL 60654 | REFUND FROM GROUPON | 1290-000 | 5.00 | | 28.10 |
| 10/09/13 | 3 | Chase Bank | TURNOVER OF BANK FUNDS | 1129-000 | 2,091.57 | | 2,119.67 |
| 10/24/13 | 3 | Jibaro's petty cash | PETTY CASH | 1129-000 | 100.00 | | 2,219.67 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,209.67 |
| 11/08/13 | 6 | GROUPON<br>600 W. CHICAGO AVENUE<br>STE 620<br>CHICAGO, IL 60654 | REFUND FROM GROUPON | 1290-000 | 5.00 | | 2,214.67 |
| 11/15/13 | 4 | THOMAS M. PEREZ<br>3535 W Irving Park Road<br>Chicago, IL 60618 | SALE OF PERSONAL PROPERTY | 1129-000 | 6,000.00 | | 8,214.67 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 8,204.67 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 8,204.67 | 0.00 |

| | | | Page Subtotals | | 8,224.67 | 8,224.67 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit B

| Case No: | 13-20924 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0367 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7537 | | | |
| For Period Ending: | 09/19/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 8,224.67 | 8,224.67 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,204.67 | |
| Subtotal | 8,224.67 | 20.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,224.67 | 20.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6867 | 0.00 | 233.90 | 7,970.77 |
| Checking Account (Non-Interest Earn - ********0367 | 8,224.67 | 20.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,224.67 | 253.90 | 7,970.77 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | Date: September 19, 2015 | |

Case Number: 13-20924  
Debtor Name: JIBAROS INCORPORATED,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 000001A<br>050<br>4800-00 | ILLINOIS DEPART OF REVENUE<br>Bankruptcy Section<br>PO BOX 64338<br>Chicago, IL 60664 | Secured<br>(1-1) Modified on 05/24/13 to correct claim data (ES)(1-2) Incomplete pdf, filer notified to file amended claim (Modified on 05/28/13)(ES)(1-3) Correction to Amended claim | $110,366.77 | $0.00 | $110,366.77 |
| 000002A<br>050<br>4300-00 | Department Of The Treasury<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Secured<br>(2-1) modified on 6/5/13 to correct creditor address (MMR) | $358,280.75 | $0.00 | $358,280.75 |
| 000005<br>002<br>4210-00 | Rewards Network Establishment Services Inc.<br>2 N. Riverside Plaza, Suite 200<br>Chicago, IL 60606 | Secured<br>(5-1) Agreement, Security Agreement, UCC-1 Filing | $2,404.21 | $0.00 | $2,404.21 |
| 000006A<br>050<br>4800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Secured<br>(6-1) Unemployment tax. | $2,432.04 | $0.00 | $2,432.04 |
| 003<br>2100-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | $1,572.47 | $0.00 | $1,572.47 |
| 003<br>2200-00 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602 | Administrative | $206.00 | $0.00 | $206.00 |
| 004<br>3110-00 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Administrative | $3,052.50 | $0.00 | $3,052.50 |
| 051<br>6210-16 | Mansoor H. Ansari | Administrative<br>court order dated 3/17/14 awarding fees to ch. 11 debtor's attorney | $8,500.00 | $0.00 | $8,500.00 |
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | $750.00 | $0.00 | $750.00 |
| 000004A<br>001<br>2950-00 | Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S. Dearborn St<br>Room 873<br>Chicago, IL 60606 | Administrative | $2,600.00 | $0.00 | $2,600.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS CLAIMS REGISTER-PRIORITY CLAIMS | | | | | Date: September 19, 2015 |

Case Number: 13-20924  
Debtor Name: JIBAROS INCORPORATED,  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| BOND 001 2300-00 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Administrative | <br>2221656867    02/05/14    3001 | $6.57<br> | $6.57<br>6.57 | $0.00 |
| BOND 001 2300-00 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | Administrative | <br><br>2221656867    02/20/15    3002 | $5.58 | $5.58<br><br>5.58 | $0.00 |
| 000001B 058 5800-00 | ILLINOIS DEPART OF REVENUE<br>Bankruptcy Section<br>PO BOX 64338<br>Chicago, IL 60664 | Priority | (1-1) Modified on 05/24/13 to correct claim data (ES)(1-2) Incomplete pdf, filer notified to file amended claim (Modified on 05/28/13)(ES)(1-3) Correction to Amended claim | $76,206.74 | $0.00 | $76,206.74 |
| 000002B 058 5800-00 | Department Of The Treasury<br>Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | (2-1) modified on 6/5/13 to correct creditor address (MMR) | $34,203.30 | $0.00 | $34,203.30 |
| 000006B 058 5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | (6-1) Unemployment tax. | $5,200.70 | $0.00 | $5,200.70 |
| 000007A 058 5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | (7-1) Unemployment tax | $3,261.06 | $0.00 | $3,261.06 |
| 000003 070 7100-00 | Martha Salis<br>c/o Edelstein & Edelstein<br>3825 W. Montrose Ave.<br>Chicago, IL 60618 | Unsecured | | $42,615.53 | $0.00 | $42,615.53 |
| | Case Totals: | | | $651,664.22 | $12.15 | $651,652.07 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-20924 JSB
Case Name: JIBAROS INCORPORATED,
Trustee Name: Joseph A. Baldi

Balance on hand $ 7,970.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPART OF REVENUE | $ 110,366.77 | $ 110,366.77 | $ 0.00 | $ 0.00 |
| 000002A | Department Of The Treasury | $ 358,280.75 | $ 358,280.75 | $ 0.00 | $ 0.00 |
| 000005 | Rewards Network Establishment Services | $ 2,404.21 | $ 2,404.21 | $ 0.00 | $ 2,404.21 |
| 000006A | Illinois Department of Employment | $ 2,432.04 | $ 2,432.04 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors $ 2,404.21

Remaining Balance $ 5,566.56

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,572.47 | $ 0.00 | $ 1,572.47 |
| Trustee Expenses: Joseph A. Baldi | $ 206.00 | $ 0.00 | $ 206.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 3,052.50 | $ 0.00 | $ 438.09 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 750.00 | $ 0.00 | $ 750.00 |
| Fees: Office of the U.S. Trustee | $ 2,600.00 | $ 0.00 | $ 2,600.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: ARTHUR B. LEVINE COMPANY | $ 5.58 | $ 5.58 | $ 0.00 |
| Other: International Sureties | $ 6.57 | $ 6.57 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,566.56 |
| Remaining Balance | $ 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Mansoor H. Ansari | $ 8,500.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses | $ 0.00 |
| Remaining Balance | $ 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 118,871.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | ILLINOIS DEPART OF REVENUE | $ 76,206.74 | $ 0.00 | $ 0.00 |
| 000002B | Department Of The Treasury | $ 34,203.30 | $ 0.00 | $ 0.00 |
| 000006B | Illinois Department of Employment | $ 5,200.70 | $ 0.00 | $ 0.00 |
| 000007A | Illinois Department of Employment | $ 3,261.06 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,615.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Martha Salis | $ 42,615.53 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE