# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
JIBAROS INCORPORATED, § Case No. 13-20924
§
Debtor §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :
10:00 a.m., on Tuesday, November 17, 2015
in Courtroom 615, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: Jeffrey P. Allsteadt
                                    Clerk of Bankruptcy Court

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JIBAROS INCORPORATED, § Case No. 13-20924
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,224.67 |
| and approved disbursements of | $ | 253.90 |
| leaving a balance on hand of[1] | $ | 7,970.77 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPART OF REVENUE | $ 110,366.77 | $ 110,366.77 | $ 0.00 | $ 0.00 |
| 000002A | Department Of The Treasury | $ 358,280.75 | $ 358,280.75 | $ 0.00 | $ 0.00 |
| 000005 | Rewards Network Establishment Services | $ 2,404.21 | $ 2,404.21 | $ 0.00 | $ 2,404.21 |
| 000006A | Illinois Department of Employment | $ 2,432.04 | $ 2,432.04 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 2,404.21 |
| Remaining Balance | $ 5,566.56 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,572.47 | $ 0.00 | $ 1,572.47 |
| Trustee Expenses: Joseph A. Baldi | $ 206.00 | $ 0.00 | $ 206.00 |
| Attorney for Trustee Fees: BALDI BERG | $ 3,052.50 | $ 0.00 | $ 438.09 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd | $ 750.00 | $ 0.00 | $ 750.00 |
| Fees: Office of the U.S. Trustee | $ 2,600.00 | $ 0.00 | $ 2,600.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 5.58 | $ 5.58 | $ 0.00 |
| Other: International Sureties | $ 6.57 | $ 6.57 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 5,566.56

Remaining Balance $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Mansoor H. Ansari | $ 8,500.00 | $ 0.00 | $ 0.00 |

Total to be paid for prior chapter administrative expenses $ 0.00

Remaining Balance $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 118,871.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | ILLINOIS DEPART OF REVENUE | $ 76,206.74 | $ 0.00 | $ 0.00 |
| 000002B | Department Of The Treasury | $ 34,203.30 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006B | Illinois Department of Employment | $ 5,200.70 | $ 0.00 | $ 0.00 |
| 000007A | Illinois Department of Employment | $ 3,261.06 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,615.53 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Martha Salis | $ 42,615.53 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 13-20924-JSB
JIBARO'S INCORPORATED                                                 Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2           Date Rcvd: Oct 21, 2015
                              Form ID: pdf006           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2015.
```
db           +JIBARO'S INCORPORATED,    1720 N CALIFORNIA AVENUE,    Chicago, IL 60647-5104
20498035      ARVON FUNDING,    50TH STREET SW,    Grand Rapids, MI 49548
20498036     +AZ ZENITH,    1938 W NORTH AVENUE,    Chicago, IL 60622-1318
20498037     +BARR MANAGEMENT,    2400 W DEVON AVENUE,    Chicago, IL 60659-1963
21300553     +Comcast,    POB 3005,    Southeastern, PA 19398-3005
20498038     +EDELSTEIN & EDELSTEIN PC,    3825 WEST MONTROSE AVENUE,    Chicago, IL 60618-1091
20498039     +IDES,    1700 West 18th Street,    Chicago, IL 60608-1914
21300554     +Jibaro's 2 LLC,    2500 W Chicago Ave,    Chicago, IL 60622-4515
20793850     +Martha Salis,    c/o Edelstein & Edelstein,    3825 W. Montrose Ave.,    Chicago, IL 60618-1016
20498043     +PLS CURRENCY EXCHANGE,    1 S WACKER,    36TH FLOOR,    Chicago, IL 60606-4603
20498044     +Thomas Perez,    1720 N California Ave,    Chicago, IL 60647-5104
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21300550     +E-mail/Text: legalcollections@comed.com Oct 22 2015 01:42:53     Comed,    2 Lincoln Center,
              Oakbrook Terrence, IL 60181-4295
20498041      E-mail/Text: cio.bncmail@irs.gov Oct 22 2015 01:40:20     Department Of The Treasury,
              Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
20498040     +E-mail/Text: rev.bankruptcy@illinois.gov Oct 22 2015 01:41:14     ILLINOIS DEPART OF REVENUE,
              Bankruptcy Section,    PO BOX 64338,    Chicago, IL 60664-0338
22035825     +E-mail/Text: des.claimantbankruptcy@illinois.gov Oct 22 2015 01:43:09
              Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
21156362     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 22 2015 01:41:04     Office of the U.S. Trustee,
              219 S. Dearborn St,    Room 873,    Chicago, IL 60604-2027
21300555     +E-mail/Text: bankruptcy@rewardsnetwork.com Oct 22 2015 01:39:52     Reward Network,
              2 N Riverside Plaza,    Ste 200,    Chicago, IL 60606-2677
21182509     +E-mail/Text: bankruptcy@rewardsnetwork.com Oct 22 2015 01:39:52
              Rewards Network Establishment Services Inc.,    2 N. Riverside Plaza, Suite 200,
              Chicago, IL 60606-2677
                                                                                               TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20622440*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   IRS,    PO BOX 21126,    Philadelphia, PA 19114)
22035943*    +Illinois Department of Employment Security,    33 South State Street,
              Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
21300552     ##+City Of Chicago,    333 S State Street,    Chicago, IL 60604-3984
20498042     ##+MERCHANT CASH AND CAPITAL,    450 PARK AVE S,    11TH FLOOR,   New York, NY 10016-7320
21300551     ##+Peoples Gas,    130 E Randolph St,    Chicago, IL 60601-6207
                                                                                TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2015                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: rgreen                Page 2 of 2                  Date Rcvd: Oct 21, 2015
                              Form ID: pdf006             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2015 at the address(es) listed below:

```
              Erica Crohn Minchella    on behalf of Debtor    JIBARO'S INCORPORATED erica.minchella@gmail.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              MANSOOR H ANSARI    on behalf of Debtor    JIBARO'S INCORPORATED ansarimansoor@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```