# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JIBAROS INCORPORATED, | § | Case No. 13-20924 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 13,442.95 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 2,404.21 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 5,820.46 | |

3) Total gross receipts of $ 8,224.67  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 8,224.67  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 473,483.77 | $ 473,483.77 | $ 2,404.21 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 8,434.87 | 8,434.87 | 5,820.46 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 8,500.00 | 8,500.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 448,831.00 | 118,871.80 | 118,871.80 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 102,964.00 | 42,615.53 | 42,615.53 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 551,795.00 | $ 651,905.97 | $ 651,905.97 | $ 8,224.67 |

4) This case was originally filed under chapter 11 on 05/17/2013 , and it was converted to chapter 7 on 09/24/2013 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/07/2015          By:/s/Joseph A. Baldi
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Chase DIP Account | 1129-000 | 2,191.57 |
| Bar Equipment | 1129-000 | 6,000.00 |
| MISC. REFUNDS | 1290-000 | 33.10 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,224.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | REWARDS NETWORK ESTABLISHMENT SERVI | 4210-000 | NA | 2,404.21 | 2,404.21 | 2,404.21 |
| 000002A | DEPARTMENT OF THE TREASURY | 4300-000 | NA | 358,280.75 | 358,280.75 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | ILLINOIS DEPART OF REVENUE | 4800-000 | NA | 110,366.77 | 110,366.77 | 0.00 |
| 000006A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 4800-000 | NA | 2,432.04 | 2,432.04 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 473,483.77 | $ 473,483.77 | $ 2,404.21 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,572.47 | 1,572.47 | 1,572.47 |
| JOSEPH A. BALDI, TRUSTEE | 2200-000 | NA | 206.00 | 206.00 | 206.00 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 5.58 | 5.58 | 5.58 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 6.57 | 6.57 | 6.57 |
| Associated Bank | 2600-000 | NA | 221.75 | 221.75 | 221.75 |
| CONGRESSIONAL BANK | 2600-000 | NA | 20.00 | 20.00 | 20.00 |
| OFFICE OF THE U.S. TRUSTEE | 2950-000 | NA | 2,600.00 | 2,600.00 | 2,600.00 |
| BALDI BERG | 3110-000 | NA | 3,052.50 | 3,052.50 | 438.09 |
| POPOWCER KATTEN, LTD | 3410-000 | NA | 750.00 | 750.00 | 750.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 8,434.87 | $ 8,434.87 | $ 5,820.46 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MANSOOR H. ANSARI | 6210-160 | NA | 8,500.00 | 8,500.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 8,500.00 | $ 8,500.00 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | IDES 1700 West 18th Street Chicago, IL 60608 |  | 3,600.00 | NA | NA | 0.00 |
|  | ILLINOIS DEPART OF REVENUE PO BOX 64338 Chicago, IL 60664 |  | 87,000.00 | NA | NA | 0.00 |
|  | IRS PO BOX 21126 Philadelphia, PA 19114 |  | 358,231.00 | NA | NA | 0.00 |
| 000002B | DEPARTMENT OF THE TREASURY | 5800-000 | NA | 34,203.30 | 34,203.30 | 0.00 |
| 000001B | ILLINOIS DEPART OF REVENUE | 5800-000 | NA | 76,206.74 | 76,206.74 | 0.00 |
| 000006B | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 5,200.70 | 5,200.70 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007A | ILLINOIS DEPARTMENT OF EMPLOYMENT S | 5800-000 | NA | 3,261.06 | 3,261.06 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 448,831.00 | $ 118,871.80 | $ 118,871.80 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARVON FUNDING 50TH STREET SW Grand Rapids, MI 49548 | | 8,149.00 | NA | NA | 0.00 |
| | AZ ZENITH 1938 W NORTH AVENUE Chicago, IL 60622 | | 5,459.00 | NA | NA | 0.00 |
| | BARR MANAGEMENT 2400 W DEVON AVENUE Chicago, IL 60659 | | 838.00 | NA | NA | 0.00 |
| | EDELSTEIN & EDELSTEIN PC 3825 WEST MONTROSE AVENUE Chicago, IL 60618 | | 36,000.00 | NA | NA | 0.00 |
| | MERCHANT CASH AND CAPITAL 450 PARK AVE S 11TH FLOOR New York, NY 10016 | | 52,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PLS CURRENCY EXCHANGE 1 S WACKER 36TH FLOOR Chicago, IL 60606 | | 518.00 | NA | NA | 0.00 |
| 000003 | MARTHA SALIS | 7100-000 | NA | 42,615.53 | 42,615.53 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 102,964.00 | $ 42,615.53 | $ 42,615.53 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-20924 | Judge: Janet S. Baer | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | | Date Filed (f) or Converted (c): | 09/24/13 (c) |
| | | | 341(a) Meeting Date: | 11/14/13 |
| For Period Ending: | 12/07/15 | | Claims Bar Date: | 02/20/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American Eagle Bank account  Value $0 as of conversion per DIP final report | 3,410.00 | 0.00 | | 0.00 | FA |
| 2. PNC Bank Account  Value $0 as of conversion per DIP final report | 32.95 | 0.00 | | 0.00 | FA |
| 3. Chase DIP Account  Value $2,532 as of conversion per DIP final report; Trustee collected balance as of his appointment | 3,296.00 | 0.00 | | 2,191.57 | FA |
| 4. Bar Equipment  sold per court order | 6,000.00 | 0.00 | | 6,000.00 | FA |
| 5. Food Products  perishable iterms; no value | 10,000.00 | 0.00 | | 0.00 | FA |
| 6. MISC. REFUNDS (u) | 0.00 | 10.00 | | 33.10 | FA |
| TOTALS (Excluding Unknown Values) | $22,738.95 | $10.00 | | $8,224.67 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee sold personal property per court order; Trustee recovered proceeds of Debtor's bank account; Trustee investigating whether there are any recoverable transfers or remaining unscheduled assets; Trustee examined claims and attended to tax matters

July 22, 2015, 04:37 pm No further assets to administer, case administratively insolvent.  Willl prepare and file TFR to distribute funds on hand to secured creditor, UST, administrative claims and tax lien claimants.  Will file TFR by

| | | | |
|---|---|---|---|
| Case No: | 13-20924 | Judge: Janet S. Baer | Trustee Name: Joseph A. Baldi |
| Case Name: | JIBAROS INCORPORATED, | | Date Filed (f) or Converted (c): 09/24/13 (c) |
| | | | 341(a) Meeting Date: 11/14/13 |
| | | | Claims Bar Date: 02/20/14 |

7/31/2015.

Initial Projected Date of Final Report (TFR): 09/30/15    Current Projected Date of Final Report (TFR): 09/30/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-20924 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6867 Checking Account |
| Taxpayer ID No: | *******7537 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 8,204.67 | | 8,204.67 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 8,194.67 |
| 02/05/14 | 003001 | International Sureties | Bond Premium Payment | 2300-000 | | 6.57 | 8,188.10 |
| | | 701 Poydras Street #420 | Annual premium payment | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.18 | 8,175.92 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.98 | 8,164.94 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.14 | 8,152.80 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.73 | 8,141.07 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.10 | 8,128.97 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.70 | 8,117.27 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.07 | 8,105.20 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.05 | 8,093.15 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.64 | 8,081.51 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 12.01 | 8,069.50 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.61 | 8,057.89 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.98 | 8,045.91 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.96 | 8,033.95 |
| 02/20/15 | 003002 | ARTHUR B. LEVINE COMPANY | 2015 Bond premium | 2300-000 | | 5.58 | 8,028.37 |
| | | 60 East 42nd Street | | | | | |
| | | Room 965 | | | | | |
| | | New York, New York 10165 | | | | | |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.79 | 8,017.58 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.92 | 8,005.66 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.52 | 7,994.14 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.89 | 7,982.25 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 11.48 | 7,970.77 |
| 11/18/15 | 003003 | Rewards Network Establishment Services | Claim 000005, Payment 100.00000% | 4210-000 | | 2,404.21 | 5,566.56 |

Page Subtotals     8,204.67     2,638.11

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-20924 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6867  Checking Account |
| Taxpayer ID No: | *******7537 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/18/15 | 003004 | Inc.<br>2 N. Riverside Plaza, Suite 200<br>Chicago, IL 60606<br>Office of the U.S. Trustee<br><B>(ADMINISTRATIVE)</B><br>219 S. Dearborn St<br>Room 873<br>Chicago, IL 60606 | Claim 000004A, Payment 100.00000% | 2950-000 | | 2,600.00 | 2,966.56 |
| 11/18/15 | 003005 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il  60601-2207 | Accountant for Trustee Fees (Other | 3410-000 | | 750.00 | 2,216.56 |
| 11/18/15 | 003006 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Trustee Compensation | 2100-000 | | 1,572.47 | 644.09 |
| 11/18/15 | 003007 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Trustee Expenses | 2200-000 | | 206.00 | 438.09 |
| 11/18/15 | 003008 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 438.09 | 0.00 |

Page Subtotals     0.00     5,566.56

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2 Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 13-20924 -JSB | | Trustee Name: | Joseph A. Baldi |
| Case Name: | JIBAROS INCORPORATED, | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6867 Checking Account |
| Taxpayer ID No: | *******7537 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,204.67 | 8,204.67 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 8,204.67 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,204.67 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,204.67 | |

Page Subtotals       0.00       0.00

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-20924 -JSB | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******0367 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7537 | | |
| For Period Ending: | 12/07/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/13 | 6 | Cash on the Spot LLC<br>P.O. Box 4895<br>Buffalo Grove, IL 60089 | Refund | 1290-000 | 23.10 | | 23.10 |
| 10/09/13 | 6 | Groupon<br>600 W. Chicago Avenue<br>Suite 620<br>Chicago, IL 60654 | REFUND FROM GROUPON | 1290-000 | 5.00 | | 28.10 |
| 10/09/13 | 3 | Chase Bank | TURNOVER OF BANK FUNDS | 1129-000 | 2,091.57 | | 2,119.67 |
| 10/24/13 | 3 | Jibaro's petty cash | PETTY CASH | 1129-000 | 100.00 | | 2,219.67 |
| 11/05/13 | | CONGRESSIONAL BANK<br>6500 Rock Spring Drive, Suite 300<br>Bethesda, MD 20817 | Monthly Bank Service Fee | 2600-000 | | 10.00 | 2,209.67 |
| 11/08/13 | 6 | GROUPON<br>600 W. CHICAGO AVENUE<br>STE 620<br>CHICAGO, IL 60654 | REFUND FROM GROUPON | 1290-000 | 5.00 | | 2,214.67 |
| 11/15/13 | 4 | THOMAS M. PEREZ<br>3535 W Irving Park Road<br>Chicago, IL 60618 | SALE OF PERSONAL PROPERTY | 1129-000 | 6,000.00 | | 8,214.67 |
| 12/05/13 | | CONGRESSIONAL BANK | Bank Service Charge | 2600-000 | | 10.00 | 8,204.67 |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 8,204.67 | 0.00 |

Page Subtotals  8,224.67  8,224.67

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

Page: 5

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-20924 -JSB | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | JIBAROS INCORPORATED, | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******0367 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7537 | | | |
| For Period Ending: | 12/07/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,224.67 | 8,224.67 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 8,204.67 | |
| | | | Subtotal | | 8,224.67 | 20.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 8,224.67 | 20.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********6867 | 0.00 | 8,204.67 | 0.00 |
| Checking Account (Non-Interest Earn - ********0367 | 8,224.67 | 20.00 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 8,224.67 | 8,224.67 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 19.05

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*